IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIE L. CAMPBELL,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF OMAHA, TODD R. SCHADERER, in his official capacity; S. W. VOLENEC, sergeant, in his official capacity; TIMOTHY BAUMAN, officer, in his official capacity; JORDAN BRANDT, officer, in his official capacity; JUSTIN GEORGIUS, officer, in his official capacity; NICHOLAS MEADE, officer, in his official capacity; and DAVID PRESTON, officer, in his official capacity;<br><br>        Defendants. | **8:15CV99**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Brendan M. Kelly, as counsel of record for Plaintiff Willie L. Campbell (filing no. 24), is granted.

2) On or before July 15, 2015 Plaintiff Willie L. Campbell shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel.  The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) Attorney Brendan M. Kelly shall promptly mail a copy of this order to Plaintiff Willie L. Campbell, and file a certificate of service stating the date and the manner of service, and the name and address served.

Dated this 24th day of June, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge