IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIE L. CAMPBELL, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF OMAHA, TODD R. SCHADERER, in his official capacity; S. W. VOLENEC, sergeant, in his official capacity; TIMOTHY BAUMAN, officer, in his official capacity; JORDAN BRANDT, officer, in his official capacity; JUSTIN GEORGIUS, officer, in his official capacity; NICHOLAS MEADE, officer, in his official capacity; and DAVID PRESTON, officer, in his official capacity; <br><br> Defendants. | **8:15CV99** <br><br> **ORDER** |

Plaintiff Willie L Campbell's counsel was granted leave to withdraw on June 24, 2015. Plaintiff was given until July 15, 2015 to either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel, and was warned that the failure to do so may result in a dismissal of Plaintiff's claims without further notice.

Plaintiff failed to comply with the court's order.

Accordingly,

IT IS ORDERED:

1) Plaintiff Willie L. Campbell is given until August 5, 2015 to show cause why the court should not dismiss Plaintiff's claims for want of prosecution and without further notice.

2) The clerk shall mail a copy of this order to Plaintiff at his address of record.

Dated this 22nd day of July, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge