IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIE L. CAMPBELL,<br><br>              Plaintiff,<br><br>     vs.<br><br>CITY OF OMAHA, et al.;<br><br>              Defendants. | **8:15CV99**<br><br>**FINDINGS, RECOMMENDATION,<br>AND ORDER** |

Plaintiff Willie L. Campbell's former counsel was granted leave to withdraw on June 24, 2015.  (Filing No. 25).  The order granting counsel's leave to withdraw stated that Plaintiff Willie L. Campbell was given until July 15, 2015 to either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel, and was warned his failure to do so may result in a dismissal of his claims without further notice.

On July 22, 2015, a show cause order was mailed by the clerk's office which advised that Plaintiff Willie L. Campbell had until August 5, 2015 to show cause why the court should not dismiss Plaintiff's claims for want of prosecution and without further notice.  (Filing No. 28).  This mailing was not returned.

Plaintiff moved for additional time in which to secure counsel or advise the court he was proceeding without representation.  (Filing No. 29).  The court granted his motion and required him to provide notice of new counsel or his intent to proceed pro se on or before September 18, 2015. (Filing No. 30).  A copy of the order was mailed to Plaintiff and was not returned.  Plaintiff has not responded to the show cause order.

2

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiff Willie L. Campbell's claims be dismissed for want of prosecution and without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to Plaintiff Willie L. Campbell at the address of record.

Dated this 8th day of October, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

2